# IN THE COURT OF APPEALS OF IOWA

No. 22-1823
Filed June 21, 2023

IN RE THE MARRIAGE OF SARA LYNN CICKAVAGE
AND JESSE QUANAH CICKAVAGE

Upon the Petition of
**SARA LYNN CICKAVAGE, n/k/a SARA LYNN JARVIS,**
    Petitioner-Appellee,

**And Concerning**
**JESSE QUANAH CICKAVAGE,**
    Respondent-Appellant.
_____

Appeal from the Iowa District Court for Butler County, Christopher C. Foy,

Judge.

The respondent challenges the district court's award of appellate attorney

fees following a remand by this court. **AFFIRMED.**

Jesse Q. Cickavage, New Hartford, self-represented appellant.

John J. Wood of Beecher, Field, Walker, Morris, Hoffman & Johnson, P.C.,

Waterloo, for appellee.

Considered by Bower, C.J., and Tabor and Greer, JJ.

**GREER, Judge.**

After we affirmed the modification of the decree dissolving the marriage of Jesse and Sara Cickavage and remanded for the limited purpose of determining the appropriate amount of appellate attorney fees, *see generally In re Marriage of Cickavage*, No. 21-1492, 2022 WL 1486182 (Iowa Ct. App. May 11, 2022), Jesse filed a "petition to vacate attorney fees for lack of subject matter jurisdiction." The district court denied the motion and ordered Jesse to pay Sara $8220 in appellate attorney fees. Jesse appeals, re-raising the same arguments about "subject matter jurisdiction" that he raised to the district court. Having reviewed Jesse's arguments and the district court's ruling on these issues, we affirm without further opinion. Because Sara was obligated to defend this appeal, and based on her attorney fee affidavit, we award her an additional $1125 in appellate attorney fees. *See* Iowa Code § 598.36 (2022); *In re Marriage of Maher*, 596 N.W.2d 561, 568 (Iowa 1999).

We affirm without further opinion. *See* Iowa Ct. R. 21.26(1)(a), (d).

**AFFIRMED.**